IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, an Illinois limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | ) Civil Action No. 1:11-cv-5625<br>)<br>) The Honorable Sharon J. Coleman<br>)<br>) Magistrate Judge Morton Denlow<br>)<br>) **NOTICE OF AGREED MOTION TO DISMISS**<br>)<br>)<br>) |

Please take notice that on Tuesday, January 10, 2012, at 8:45 a.m., or as soon thereafter as counsel may be heard in the above-captioned action, Plaintiff, Software Restore Solutions, LLC, and Defendant, Apple, Inc., shall appear before the Honorable Sharon J. Coleman, in the courtroom usually occupied by her, or before any Judge sitting in her stead, in the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, and shall then and there present the attached Agreed Motion To Dismiss.

Respectfully submitted,

Date: January 5, 2012

/s/Timothy P. Maloney
Timothy P. Maloney
Alison Aubry Richards
Nicole L. Little
David A. Gosse
FITCH EVEN TABIN & FLANNERY
120 South LaSalle Street, Suite 1600
Chicago, Illinois 60603
Telephone 312.577.7000
Facsimile 312.577.7007
Email: tpmalo@fitcheven.com

        Steven C. Schroer
        FITCH EVEN TABIN & FLANNERY
        1942 Broadway, Suite 213
        Boulder, Colorado 80302
        Telephone 303.402.6966
        Facsimile 303.402.6970

        *Counsel for Plaintiff Software Restore Solutions, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule 5.5(a)(3) on January 5, 2012.

        /s/ Timothy P. Maloney
        *Attorney for Plaintiff, Software Restore Solutions, LLC*