# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SOFTWARE RESTORE SOLUTIONS, LLC, | Civil Action No. 1:11-cv-5625 |
| Plaintiff, | The Honorable Sharon J. Coleman |
| v. | Magistrate Judge Morton Denlow |
| APPLE, INC. | **STIPULATED ORDER OF DISMISSAL** |
| Defendant. | |

By stipulation and agreement of Plaintiff, Software Restore Solutions, LLC ("SRS"), and Defendant, Apple, Inc. ("Apple"), and pursuant to Federal Rule of Civil Procedure 41(a)(2), all claims by SRS against Apple in this action are hereby dismissed with prejudice, and all counterclaims by Apple against SRS in this action are hereby dismissed without prejudice, with each of the parties to bear its own costs.

SO ORDERED this _17th day of January, 2012.

_____
The Honorable Sharon J. Coleman